Your Honor,

I appreciate your taking the time to read this letter. I apologize it is not typed. We are currently locked down due to CV-19 virus and I have no access to a type writer.

I am writing to you because I am ignorant of what to do at this point. I am currently incarcerated at the B.O.P. Englewood F.C.I. facility in Denver, Colorado and am in my 7th year of my sentence.

I have applied to my unit team for early release to home confinement under the C.A.R.E.S. act. I have been told by them that sex offenders do not qualify for the C.A.R.E.S. act relief. The recently decided case of U.S. v. Sawicz, 08-cr-287 was of a sex offender that did get relief through the C.A.R.E.S act. As Sawicz, I also have the underlying condition of hypertension. I have not exhausted my administrative remidies, but have come to you directly. In the case of Washington v. Barr 925 F.3d 109, 118 (2d circ 2019) it was determined "the court may waive administrative exhaustion where exhaustion would be futile". Your Honor, I do not know if this is the proper

way to directly ask you for relief. However, that is what I am doing. I have a minimum P.A.T.T.E.R.N. score and a good incarceration record with no diciplinary issues at all. I have a good programming record as well. I was convicted of USC 2244b and 924(3)b in July of 2013. Since then I have appeared in your court as a result of a successful appeal of my 924 3b. In 2018 I was resentenced under the 2244b only and given the minimum guideline sentence of 120 months. Because of this appeal, I must be non-violent, else the 924 (3b would not have been removed. I don't know if you remember me from that time. I hope you do. If so, you might also remember my family. I have been a burden on my family for such a long time now, as well as on the everyday taxpayer. I don't want to be a burden anymore. I want to be productive. I want to start repaying my family. I want to participate in society. I know that I could be sent to home confinement for my last 18 months. I have a home in Cheyenne that I have been buying from my

sister. My mother inquired with probation
to make sure I would be able to stay there.
I am employable and have current certifications
for welding, as well as extensive experience
and licences for construction. I am eager
to move forward. I am eager to interact with
people on a normal level again.
     I thank you for taking time to read this,
no matter the outcome. I want to tell you
that you have let me make some of the
biggest and best changes in my life. I am
indebted to you for that.

                    Truly Yours,

                    Christopher Seymour
                    13136-091

Chris Seymour, 2120 UTI
Federal Correctional Institute
Englewood
9595 W. Quincy Ave
Littleton, Co.
80123

82001-363899

The Honorable Judge Freudenthal
2120 Capitol Ave.
District Court
Cheyenne, Wy.
82001-3658

FOREVER USA
PURPLE HEART